DOROTHY KRATZ, an Infant, by ETHEL KRATZ, Her Guardian ad Litem, Respondent, *v.* JOSEPH H. FREEDLANDER, Appellant.

(Argued April 23, 1934; decided May 22, 1934.)

*George Gordon Battle, Henry H. Shepard* and *Robert H. Charlton* for appellant.

*Thomas J. O' Neill* and *Archie E. Latto* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.